VENETEC INTERNATIONAL,
INC., Plaintiff–Appellant,

v.

MEDICAL DEVICE GROUP, INC.,
Defendant–Appellee.

No. 2008–1181.

United States Court of Appeals,
Federal Circuit.

June 20, 2008.

## ON MOTION

### *ORDER*

The parties jointly move to remand this appeal to the district court for further proceedings, due to a contingent settlement agreement.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to remand is granted.

(2) Each side shall bear its own costs.